To: +14064445705          Page: 4 of 4          2021-08-23 17:30:33 GMT          13073330285          From: APEX Legal PC

ORIGINAL

FILED

AUG 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0294

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA 21-0294

STATE OF MONTANA )
    Plaintiff )
     )
     )          ORDER ON MOTION FOR
and )          EXTENSION OF TIME TO FILE
     )          APPELLANT'S OPENING BRIEF
BOYD VAN FLEET )
    Defendant )
_____ )
     )
BOYD VAN FLEET )
     )          FILED
    Appellant, )
Vs )          AUG 2 3 2021
     )
STATE OF MONTANA )          Bowen Greenwood
     )          Clerk of Supreme Court
    Appellee. )          State of Montana
_____

THIS MATTER having come on before the Court upon the *First Motion for Extension of Time to File Appellant's Brief* filed by Christopher J. King on behalf of the Appellant. The Court having reviewed the same hereby GRANTS the *Motion for Extension of Time to File Appellant's Brief*. The Appellant has thirty (30) days to submit the Brief with a due date of September 22, 2021.

DATED this _23rd_ day of August 2021.

_Jim Rice_

NOTICE TO:

Christopher J King
Chris Christensen